# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:08CV231

| | |
|---|---|
| PEGGY McDOWELL and JOANNE McDOWELL, ) ) ) Plaintiffs, ) ) Vs. ) ) MICHAEL MUKASEY, Attorney ) General of the United States; ) MICHAEL CHERTOFF, Secretary, ) Department of Homeland Security; ) MICHAEL JAROMIN, Director, ) Kansas City office, U.S. Citizenship ) and Immigration Services; ) ROBERT MUELLER, Director, ) Federal Bureau of Investigation of ) the United States; and EMILIO T. ) GONZALEZ, Director, U.S. ) Citizenship and Immigration ) Services, ) ) Defendants. ) ) | O R D E R |

**THIS MATTER** is before the Court on the Plaintiffs' motion for admission *pro hac vice* of Charles H. Kuck, to appear as counsel in this matter.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Plaintiffs' motion is **ALLOWED**, and Charles H. Kuck, is hereby granted special admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

Signed: September 4, 2008

Lacy H. Thornburg
United States District Judge