# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL NO. 1:08CV231

| | |
|---|---|
| PEGGY MCDOWELL, and <br> JOANNE MCDOWELL, <br>     Plaintiffs, <br> <br> vs. <br> <br> MICHAEL MUKASEY, Attorney General of the United States, <br> MICHAL CHERTOFF, Secretary, Department of Homeland Security, <br> MICHAEL JAROMIN, Director, Kansas City Office, U.S. Citizenship and Immigration Services, <br> ROBERT MUELLER, Director, Federal Bureau of Investigation, <br> EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court on the parties' joint motion to dismiss the complaint.

For the reasons set forth in the motion and it appearing the claims for relief have now been satisfied,

**IT IS, THEREFORE, ORDERED** that the joint motion to dismiss is **ALLOWED** and this action is hereby **DISMISSED** in its entirety**.**

**IT IS FURTHER ORDERED** that the Defendants' motion for an enlargement of time to respond to the complaint is **DENIED** as moot.

Signed: September 26, 2008

Lacy H. Thornburg
United States District Judge